IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GREYGRASS,

      Plaintiff,

      v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

_____/

No. C 09-02610 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On June 22, 2009, this Court issued an order granting Plaintiff's motion to proceed *in forma pauperis*. Pursuant to that order, the summons was served and on October 2, 2009, Defendant filed his answer to Plaintiff's complaint. Pursuant to Northern District Civil Local Rule 16-5 and the Social Security Procedural Order filed in this action, Plaintiff's motion for summary judgment was due to be filed on or about November 2, 2009.

Having not received any such motion, the Court HEREBY ORDERS PLAINTIFF TO SHOW CAUSE as to why his case should not be dismissed for failure to prosecute. Plaintiff is ORDERED to file a written response by no later than January 25, 2010. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: January 4, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  ROBERT GREYGRASS,

Case Number: CV09-02610 JSW

7  Plaintiff,

**CERTIFICATE OF SERVICE**

v.

8

9  COMMISSIONER OF SOCIAL
SECURITY et al,

10  Defendant.

_____/

11

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
District Court, Northern District of California.

13

14  That on January 4, 2010, I SERVED a true and correct copy(ies) of the attached, by
placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter
listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an
inter-office delivery receptacle located in the Clerk's office.

15

16

17  Robert Greygrass
229 Nevada Avenue
18  Point Richmond, CA 94801

19  Dated: January 4, 2010

*Jennifer Ottolini*

20  Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

21

22

23

24

25

26

27

28