**United States District Court**
For the Northern District of California

1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ROBERT GREYGRASS,

10            Plaintiff,                          No. C 09-02610 JSW

11      v.

12   COMMISSIONER OF SOCIAL SECURITY,        **ORDER TO SHOW CAUSE WHY**
                                             **CASE SHOULD NOT BE**
13            Defendant.                     **DISMISSED FOR FAILURE TO**
                                             **PROSECUTE**
     _____/
14

15          On June 22, 2009, this Court issued an order granting Plaintiff's motion to proceed *in*

16   *forma pauperis*.  Pursuant to that order, the summons was served and on October 2, 2009,

17   Defendant filed his answer to Plaintiff's complaint.  Pursuant to Northern District Civil Local

18   Rule 16-5 and the Social Security Procedural Order filed in this action, Plaintiff's motion for

19   summary judgment was due to be filed on or about November 2, 2009.

20          Having not received any such motion, the Court HEREBY ORDERS PLAINTIFF TO

21   SHOW CAUSE as to why his case should not be dismissed for failure to prosecute.  Plaintiff is

22   ORDERED to file a written response by no later than January 25, 2010.  Failure to respond to

23   this Order shall result in dismissal of this matter without prejudice.

24          **IT IS SO ORDERED.**

25

26   Dated: January 4, 2010

27                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT GREYGRASS,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL
SECURITY et al,

          Defendant.

Case Number: CV09-02610 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 4, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Greygrass
229 Nevada Avenue
Point Richmond, CA 94801

Dated: January 4, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California