IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT GREYGRASS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

No. C 09-02610 JSW

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

Based on Plaintiff's failure to file a motion for summary judgment in accordance with Northern District Civil Local Rule 16-5 and the Social Security Procedural Order filed in this action, on January 4, 2010, the Court issued an Order to Show Cause directing Plaintiff to show cause as to why this matter should not be dismissed without prejudice for failure to prosecute. Plaintiff's response was due by January 25, 2010, and the Court advised Plaintiff that failure to respond to the Order to Show Cause, would result in the case being dismissed without prejudice. Plaintiff has not filed a response to the Order to Show Cause. Accordingly, this matter is dismissed without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 3, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROBERT GREYGRASS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY et al,

    Defendant.
                        /

Case Number: CV09-02610 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Greygrass
229 Nevada Avenue
Point Richmond, CA 94801

Dated: February 3, 2010

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk